Case 1:12-cr-00068-CG-C   Document 483   Filed 04/27/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America </br> v. </br> OTIS GARLAND JACKSON | ) </br> ) </br> ) Case No: 12-00068-002 </br> ) USM No: 12631-003 |
| Date of Original Judgment: 11-12-2012 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) Pro Se </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 216 months **is reduced to** 185 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated 11-12-2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04-27-2015

Callie V.S. Granade
U.S. District Judge

*Judge's signature*

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.04.21 12:42:01 -06'00'